IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN GREGORY DUDAS,<br><br>Defendant. | Case No. 1:26-MJ-69 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Jerome Baldwin, a Special Agent with the U.S. Department of State, Diplomatic Security Service, in Washington, D.C., being duly sworn, depose and state:

1. I am employed as a Special Agent with the Diplomatic Security Service ("DSS"), U.S. Department of State, and have been since October 2024. As such, I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), empowered by law and authorized to conduct investigations of and to make arrests for violations of the laws of the United States.

2. I am currently assigned to the Washington Field Office ("WFO") and have worked there since October 2024. I have completed the Criminal Investigator Training Program ("CITP") administered and accredited by the Federal Law Enforcement Training Center ("FLETC") located in Glynco, Georgia. I have also completed the Basic Special Agent Course ("BSAC") administered by DSS at the Foreign Affairs Training Center ("FASTC") in Blackstone, Virginia. My training at FLETC and FASTC as an agent entailed nine months of rigorous law enforcement training.

3. This affidavit is submitted in support of a criminal complaint and arrest warrant for STEVEN GREGORY DUDAS (hereinafter "DUDAS"). As described below, there is probable

1

cause to believe that DUDAS did willfully and knowingly use, without lawful authority, a means of identification of another person by presenting a fraudulent United States passport card to illicitly withdraw bank funds from multiple bank branches, in violation of 18 U.S.C. § 1028A (Aggravated Identify Theft) and 18 U.S.C. § 1543 (Forgery or False Use of a Passport).

4.  The facts and information contained in this affidavit are based upon my training, experience, participation in other passport fraud investigations, personal knowledge, and observations during this investigation, as well as the observations of other law enforcement officers involved in this investigation. This affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the United States.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

5.  On July 29, 2025, at approximately 2:00 p.m., a bald white male with brown facial hair wearing a white-and-gray checkered shirt arrived at Apple Federal Credit Union's ("Apple FCU") Chantilly Branch located at 3915 B Centreville Road, Chantilly, Virginia, in the Eastern District of Virginia. The individual attempted to withdraw funds from an Apple FCU account by presenting a United States passport card as identification. The passport card bore the real name and date of birth of another person: "B.B."[1] A picture of the individual was included on the passport card alongside B.B.'s true name and birthdate. The Apple FCU branch manager became suspicious and declined to process the transaction.

6.  After the individual was turned away from the Chantilly Branch, the individual then proceeded to Apple FCU's Centreville Branch located at 14260-J Centreville Square, Centreville,

---

[1] "B.B." is an identified victim of this offense whose real name and date of birth are known to the Government. To protect the identity of the victim, he will be referred to as "B.B." throughout the affidavit.

2

Virginia, also in the Eastern District of Virginia. At approximately 2:16 p.m., the individual attempted to withdraw funds by presenting the same passport card in B.B.'s name. At this time, the individual successfully withdrew $5,500 from a home equity line of credit ("HELOC") in B.B.'s name. A few minutes later, the individual withdrew another $4,300 from B.B.'s HELOC at the Centreville Branch.

7. The individual then proceeded to Apple FCU's Herndon Branch located at 362 Elden Street, Herndon, Virginia, also in the Eastern District of Virginia. At approximately 3:10 p.m., the individual presented the same passport card and withdrew another $5,500 from B.B.'s HELOC. In total, the individual withdrew $15,300 from B.B.'s HELOC.

8. On July 30, 2025, Apple FCU alerted law enforcement that an individual withdrew $15,300 from B.B.'s account using a fraudulent passport card. Apple FCU provided surveillance footage of the individual (*see* Figure 1) and a copy of the passport card that Apple FCU personnel electronically scanned when the individual presented it to them (*see* Figure 2).



*Figure 1*                                              *Figure 2*

9. U.S. State Department record checks revealed that the passport card number was issued to a person who is neither B.B. nor the individual who presented the fraudulent passport card at the Apple FCU branches. Further checks show that passports and passport cards issued to B.B. feature the same date of birth that is listed on the passport card used at Apple FCU, but the identification photograph is different.

10. Based on training and experience, the presence of B.B.'s real name and date of birth on the fraudulent passport card indicates prior knowledge of B.B.'s identity, along with the fact that the individual presented the false passport card to B.B.'s bank in order to access B.B.'s HELOC. Furthermore, the photograph of the individual displayed on the fraudulent passport card indicates a knowing effort to steal and forge a fraudulent identification with B.B.'s personal information.

11. On July 31, 2025, DSS investigators sent the photograph displayed on the fraudulent U.S. passport card to other investigative entities, including the West Virginia Fusion Center.[2] The West Virginia Fusion Center returned a facial recognition lead of a prior booking photo from 2020 that matched the person pictured in Figures 1 and 2.

12. Further investigation revealed that DUDAS had an active warrant in West Virginia for using a fraudulent driver's license to withdraw funds from another person's bank account at a bank in Clarksburg, West Virginia, on July 1, 2025. The Clarksburg Police Department provided surveillance photographs of DUDAS from that fraudulent transaction (*see* Figures 3 and 4).

---

[2] The West Virginia Fusion Center is an entity that enables local, state, and federal law enforcement to gather, analyze, collaborate, and share information and intelligence relating to all crimes and all hazards by disseminating alerts, warnings, and notifications about criminal activities.




*Figure 3*                                                                 *Figure 4*

13.     Additionally, law enforcement located and spoke with the individual who drove DUDAS to the bank in West Virginia, and that individual confirmed DUDAS's identity.

14.     On September 25, 2025, DUDAS was arrested in West Virginia on charges of Fraudulent Schemes, Taking the Identity of Another, and Forgery. His booking photographs for that arrest are included below (*see* Figures 5 and 6):




*Figure 5*                                                                 *Figure 6*

5

15. I compared the Apple FCU surveillance footage (see Figure 1), the photograph on the passport card used at Apple FCU (see Figure 2), and the Clarksburg, West Virginia surveillance footage (see Figures 3 and 4) with DUDAS's two September 2025 booking photographs (see Figures 5 and 6) and believe that DUDAS is the individual depicted in each image.

16. Further, I interviewed B.B., who stated that he did not know DUDAS and had not given him permission to use his identity or access his account at Apple FCU. B.B. provided a copy of his true passport card, which had a different photograph and passport card number than the passport card used by DUDAS.

## CONCLUSION

17. Based on the foregoing, I submit that there is probable cause to believe that, on or about July 29, 2025, in the Eastern District of Virginia, DUDAS did willfully and knowingly use, without lawful authority, a means of identification of another person by presenting a fraudulent United States passport card to illicitly withdraw bank funds from multiple bank branches, in violation of 18 U.S.C. § 1028A (Aggravated Identify Theft) and 18 U.S.C. § 1543 (Forgery or False Use of a Passport).

Respectfully submitted,

*[signature]*

Jerome Baldwin
Special Agent
Diplomatic Security Service
United States Department of State

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on March 9, 2026.

*[signature: William C. Fitzpatrick]*

The Honorable William E. Fitzpatrick
United States Magistrate Judge

Alexandria, Virginia

6